# ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB · 4 2005
1:45
Betty A. Griess, Clerk
Cheyenne

STEVEN K. SHARPE
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2907

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 01CR142-D |
| ) | |
| v. ) | |
| ) | |
| **CHRISTOPHER EDWARDS,** ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled

action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to

satisfy the Judgment as to the monetary imposition(s) only.

**DATED** this 4th day of February, 2005.

MATTHEW H. MEAD
United States Attorney

BY: _____
STEVEN K. SHARPE
Assistant United States Attorney