Prob 12C-Petition for Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| Name of Offender: | Christopher Edwards   Case Number: 01CR-00142-01D |
| Name of Sentencing Judicial Officer: | William F. Downes |
| Date of Original Sentence: | May 24, 2002 |
| Original Offense: | Transfer of Obscene Matters |
| Original Sentence: | 15 months custody/ 36 months supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 8, 2002 |
| Assistant U.S. Attorney: | John Masterson |
| Defense Attorney: | James H. Barrett |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 1 5 2005

Betty A. Griess, Clerk
Cheyenne
11 45 am

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The Probation Officer believes that the offender has violated the following condition(s) of supervision:
(see attached)

**U.S. Probation Officer Recommendation:**
[ ] The term of supervision should be
  [X] revoked.
  [ ] extended for ___ years, for a total term of ___ years.
[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

_____
Joseph P. Doyle
U.S. Probation Officer

Date: 4/15/05

Approved by: _____
Michael A. Akers
Supervising U.S. Probation Officer

**THE COURT ORDERS:**
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
William F. Downes
Chief U.S. District Judge

Date: 4-15-05

**Violation No. 1 - Standard Condition** - While on supervised release, the defendant shall not commit another federal, state or local crime.

**Nature of Noncompliance** - On April 15, 2005, the defendant was charged in Circuit Court for Natrona County in Casper, Wyoming, with 2 counts of Indecent Liberties with a Child.

**U.S. Probation Officer's Action** - On April 14, 2005, the probation officer was contacted by Detective Francisco of the Casper Police Department with regard to an Indecent Liberties investigation involving the defendant. The probation officer met with Detective Francisco and other Casper Police Officers at the defendant's residence where a consent search was conducted. A search of the defendant's vehicle and residence revealed a small amount of marijuana, drug paraphernalia, approximately 12 pornographic movies on DVD and VHS tape and other pornographic materials. The case was staffed with the Supervising U.S. Probation Officer who agreed that given the seriousness of the allegations, a *Petition for Warrant for Offender Under Supervision* should be immediately requested.

**Violation No. 2 - Special Condition** - The defendant shall not possess, send or receive any pornographic, sexually oriented, or sexually stimulating visual, auditory, telephonic or electronic signs, signals or sounds from any source, unless part of a treatment regimen. He shall not visit bulletin boards, chat rooms or other internet sites where any pornographic, sexually oriented or sexually stimulating images or messages are discussed. He shall not send or receive e-mail or other documents discussing any pornographic, sexually oriented, or sexually stimulating images or messages.

**Nature of Noncompliance** - On April 14, 2005, the defendant was found in possession of approximately 12 pornographic movies on DVD and VHS tape and other pornographic materials.

**U.S. Probation Officer's Action** - As part of an Indecent Liberties investigation, the probation officer met with Detective Francisco and other Casper Police Officers at the defendant's residence where a consent search was conducted. A search of the defendant's vehicle and residence revealed approximately 12 pornographic movies on both DVD and VHS tape and other pornographic material. The case was staffed with the Supervising U.S. Probation Officer who agreed that given the seriousness of the allegations, a *Petition for Warrant for Offender Under Supervision* should be immediately requested.

**Violation No. 3 - Standard Condition #7** - The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Nature of Noncompliance** - On April 14, 2005, the defendant was found in possession of small amount of marijuana and related paraphernalia. He further admitted to use of marijuana approximately two weeks prior to that date.

**U.S. Probation Officer's Action** - As part of an Indecent Liberties investigation, the probation officer met with Detective Francisco and other Casper Police Officers at the defendant's residence where a consent search was conducted. A search of the defendant's residence revealed a small amount of marijuana and related paraphernalia. The case was staffed with the Supervising U.S. Probation Officer who agreed that given the seriousness of the allegations, a *Petition for Warrant for Offender Under Supervision* should be immediately requested.