UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

REQUEST FOR MODIFYING THE CONDITIONS OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2012 AUG 3 PM 11 05
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| **Name of Offender:** | Christopher Larry Edwards |
| **Name of Sentencing Judicial Officer:** | William F. Downes |
| **Date of Original Sentence:** | January 25, 2010 |
| **Original Offense:** | Unlawful User of a Controlled Substance in Possession of a Firearm |
| **Original Sentence:** | 18 months custody / 3 years Supervised Release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | December 27, 2010 |
| **Date Supervision Revoked:** | November 9, 2005 (18 months custody/24 months supervised release) |
| **Date Supervision Shall Commence:** | August 9, 2012 |
| **Assistant U.S. Attorney:** | John Masterson |
| **Defense Attorney:** | James H. Barrett |

**Case Number:** 01CR142-01D 05

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

**The defendant shall report to a Residential Reentry Center (RRC) to serve one-hundred eighty (180) days as a public law placement, and shall abide by all rules and regulations of the program.**

CAUSE

On November 9, 2005, the defendant's term of supervised release was revoked at which time he was ordered to serve eighteen (18) months custody, followed by twenty-four (24) months of supervised release. This revocation sentence was to be served consecutive to an undischarged state sentence. On July 11, 2011, a petition was filed by the United States District Court for the Eastern District of North Carolina Western Division, seeking civil commitment of the defendant under the Adam Walsh Child Protection and Safety Act. On July 26, 2012, the Honorable W. Earl Britt, Senior United States District Judge, ordered that the defendant is not a sexually dangerous person under the Adam Walsh Act, and that the government release the defendant to the custody and supervision of the appropriate United States Probation Officer.

The defendant will be released from the Bureau of Prisons' custody on August 9, 2012, and does not have a suitable release plan established. Placement at the RRC will provide the defendant stability while reintegrating to the community, as well as job placement assistance, and adequate time to establish a suitable residence.

I declare under penalty of perjury that the foregoing is true and correct.

Angie Miller
U.S. Probation Officer

August 1, 2012
Date

Approved by: Michael A. Akers
Supervising U.S. Probation Officer

### THE COURT ORDERS:
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] A Hearing to Show Cause why Conditions Should not be Modified

Nancy D. Freudenthal
Chief U.S. District Judge

8/3/12
Date

PROB 49
Modified 01/2002

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF WYOMING

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

**The defendant shall report to a Residential Reentry Center (RRC) to serve one-hundred eighty (180) days as a public law placement, and shall abide by all rules and regulations of the program.**

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _____     _8-3-12_
         Christopher Larry Edwards              Date
         Defendant

Witness: _____     _8/3/12_
         Nicole Weaver                         Date
         Bureau of Prisons' case manager