## United States District Court
## District of Wyoming
### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Christopher Edwards | Case No. 01CR142-01D |
| Sentencing Judicial Officer: | William F. Downes | |
| Date of Original Sentence: | May 24, 2002 | |
| Original Offense: | Transfer of Obscene Matters | |
| Original Sentence: | 15 months imprisonment, 3 years supervised release | |
| Type of Supervision: | Supervised Release | |
| Date Supervision Commenced: | November 8, 2002 | |
| Date Supervision Revoked: | November 9, 2005, 18 months imprisonment, 24 months supervised release | |
| Date Supervision Modified: | August 3, 2012, 180 days Residential Reentry Center | |
| Date Supervision Re-commenced: | August 9, 2012 | |
| Date Supervision Modified: | May 1, 2013, conditions modified | |
| Assistant U.S. Attorney: | Darrell L. Fun | |
| Defense Attorney: | James Barrett | |

FILED U.S. DISTRICT COURT DISTRICT OF WYOMING
2014 FEB 3 PM 2 59
STEPHAN HARRIS, CLERK
CASPER

### Petitioning the Court

☒ To issue a warrant
☐ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for _____ years, for a total of _____ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____       January 31, 2014
Laura G. Conrad      Date
U.S. Probation Officer

Approved by: _____
Michael A. Akers
Supervisory U.S. Probation Officer

Petition for Warrant
Christopher Edwards

| THE COURT ORDERS: | THE COURT FURTHER ORDERS: |
|---|---|
| ☐ No Action<br>☒ The issuance of a warrant<br>☐ The issuance of a summons<br>☐ Other | ☐ Counsel to file Notice of Intent to Contest the Results of the Urinalysis Testing within two days of the Initial Appearance on this Petition. |

*Nancy D. Freudenthal* (signature)

Nancy D. Freudenthal
Chief U.S. District Judge

2/3/2014
Date

### Violation No. 1

**Mandatory Condition**

The defendant shall not commit another federal, state or local crime.

**Special Condition**

The defendant shall not possess, send or receive any pornographic, sexually oriented, or sexually stimulating visual, auditory, telephonic or electronic signs, signals or sounds from any source, unless part of a treatment regimen. He shall not visit bulletin boards, chat rooms or other internet sites where any pornographic, sexually oriented or sexually stimulating images or messages are discussed. He shall not send or receive e-mail or other documents discussing any pornographic, sexually oriented, or sexually stimulating images or messages.

**Special Condition**

The defendant shall refrain from any use or possession of alcohol and/or other intoxicants, including over-the-counter medications used contrary to the recommended dosage, or the intentional inhalation of any substance, prescribed or otherwise, without permission of the U.S. Probation Officer. Additionally, he shall not enter establishments whose primary income is derived from the sale of alcohol.

#### Nature of Noncompliance

On January 7, 2014, law enforcement responded to the Parkway Plaza Hotel in Casper, Wyoming, for a report of a male lying naked on the public rest room floor. Upon arrival, officers located the defendant lying face down in the fetal position, with his pants and underwear around his ankles. Inside the stall with the defendant were two bottles of Astroglide lubricant, an empty pint-sized bottle of Potter's Vodka, a cellular phone, and a backpack. The defendant smelled of alcohol and was incoherent. Inside the backpack were a number of homosexual pornographic videos and magazines. He was arrested for Public Intoxication and Open Container.

The defendant reported to the Probation Officer immediately following his release from jail. He admitted he was drinking and that he possessed about four pornographic magazines. When the Probation Officer retrieved the pornography from the Casper Police Department, it was discovered the defendant possessed ten pornographic magazines, five pornographic DVD movies, two 30-minute pre-paid pornographic movie cards, and a three-ring binder with multiple pornographic images.

On January 21, 2014, the defendant pled guilty to Open Container - Open Space and Public Intoxication in docket number MC14-52 in Casper Municipal Court. He was sentenced to a $220 fine.

#### U.S. Probation Officer's Action

A *Petition for Warrant for Offender Under Supervision* is requested.

Petition for Warrant
Christopher Edwards

**Penalties for Supervised Release Violations:**

**Statutory Penalties:** According to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release and require the person to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. The maximum revocation term of custody for a Class D Felony is two years.

Pursuant to 18 U.S.C. § 3583(h), if supervision is revoked and the defendant is sentenced to a term of imprisonment, the Court may sentence the defendant to an additional term of supervised release. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the original offense, less any term of imprisonment imposed upon revocation of supervised release.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a). This section states that for a Grade C Violation with a Criminal History Category of I, and where the defendant was on supervised release as a result of a sentence for a Class D felony, the applicable imprisonment range is 3 to 9 months.

Pursuant to U.S.S.G. § 7B1.3(g)(2), the term should not exceed the original term of supervised release authorized by statute less any term of imprisonment imposed upon revocation.